**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**WALTER RAY SANDERS,**

**Plaintiff,**

**v.** **Case No. 1:26-cv-102-AW-HTC**

**ARMARK,**

**Defendant.**

_______________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the magistrate judge's report and recommendation (ECF No. 14)—to which there has been no objection—I agree with the magistrate judge. I now adopt the report and recommendation in full and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) for failure to state a claim." The clerk will then close the file.

SO ORDERED on September 28, 2026.

s/ *Allen Winsor*
Chief United States District Judge